FILED

11/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0561

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0561

_____

IN THE MATTER OF

L.B.,

    Youth in need of Care.

_____

## ORDER GRANTING MOTION FOR
## EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until December 30, 2022 to prepare, serve, and file his opening Brief. No additional extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 25 2022